IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEST COLEMAN,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.
                                        /

No. C-15-2152 MMC

**ORDER RE: REFERRAL TO ADR UNIT; DIRECTIONS TO PLAINTIFF; DIRECTIONS TO DEFENDANT**

      By order filed concurrently herewith, the Court has referred the above-titled action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference.

      To assist the ADR Unit in preparing for said telephone conference, and to assist the Court in reviewing the instant action, the Court hereby DIRECTS the parties, as follows:

      1. Plaintiff is hereby DIRECTED to file with the Clerk of Court, no later than May 29, 2015, a notice providing her telephone number and e-mail address.

      2. Defendant Wells Fargo Bank, N.A., is hereby DIRECTED to file with the Clerk of Court, no later than May 29, 2015, a copy of plaintiff's entire complaint, as the complaint attached to the Notice of Removal, does not include page 23, or, alternatively, a statement indicating that the complaint as filed by plaintiff in state court did not include a page 23.

      **IT IS SO ORDERED.**

Dated: May 20, 2015

                                                          MAXINE M. CHESNEY
                                                          United States District Judge