IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEST COLEMAN,

       Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

       Defendants.
_____/

No. C-15-2152 MMC

**ORDER DIRECTING COUNSEL FOR CAL-WESTERN RECONVEYANCE LLC TO FILE PROOF OF SERVICE OF MOTION TO WITHDRAW ON CLIENT**

      Before the Court is the Motion of Melissa N. Armstrong ["Armstrong"] to Withdraw as Counsel of Record for Defendant Cal-Western Reconveyance LLC ["Cal-Western"], filed May 19, 2015.

      Under the Local Rules of this District, "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." See Civil L.R. 11-5(a). Although the docket indicates Armstrong has provided notice of the motion, either by mail or through the ECF system, to all other parties who have appeared in the action, there is no entry in the docket reflecting such notice to the client.

      Accordingly, Armstrong is hereby DIRECTED to provide to defendant Cal-Western written notice of the above-referenced motion to withdraw and to file, no later than June 5,

2015, proof of such service.[1]

**IT IS SO ORDERED.**

Dated: May 27, 2015

                           /s/ Maxine M. Chesney
                           MAXINE M. CHESNEY
                           United States District Judge

---

[1] According to Armstrong, Cal-Western has ceased doing business and has filed an Assignment for the Benefit of Creditors in Florida state court. (See Armstrong Decl. ¶¶ 5-6.) Under such circumstances, it would appear sufficient service could be accomplished by mailing Armstrong a copy of the motion to the address Cal-Western has provided to the state court, or, if no such address has been provided, to its last known address.