IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEST COLEMAN,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

No. C-15-2152 MMC

**ORDER DEFERRING RULING ON REQUEST BY MELISSA N. ARMSTRONG TO APPEAR BY PHONE AT HEARING ON MOTION TO WITHDRAW**

Before the Court is the "Request by Melissa N. Armstrong ["Armstrong"] to Appear by Phone at the Hearing on . . . Armstrong's Motion to Withdraw as Counsel of Record for Defendant Cal-Western Reconveyance LLC ["Cal-Western"]," filed May 29, 2015.

The Court does not conduct hearings on disputed motions by telephone, and responses to the motion to withdraw are not yet due. Under such circumstances, the Court hereby DEFERS ruling on the instant request until after the last of the deadlines for filing any such response has passed.

**IT IS SO ORDERED.**

Dated: June 4, 2015

                                                  MAXINE M. CHESNEY
                                                United States District Judge