IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEST COLEMAN,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.
                                   /

No. C-15-2152 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER**

By order filed May 20, 2015, the Court referred the above-titled action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess suitability for mediation or a settlement conference, and, by separate order filed May 20, 2015, directed plaintiff to file with the Clerk of Court, no later than May 29, 2015, a notice providing her telephone number and e-mail address. Plaintiff has failed to comply with the Court's order.

Accordingly, plaintiff is hereby DIRECTED to show cause, in writing and no later than Friday, June 19, 2015, why she should not be subject to monetary or other sanctions for failure to provide her telephone number and email address.

**IT IS SO ORDERED.**

Dated: June 8, 2015

                                            MAXINE M. CHESNEY
                                            United States District Judge