IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEST COLEMAN,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendant.

No. C 15-2152 MMC

**ORDER GRANTING MELISSA N. ARMSTRONG'S MOTION TO WITHDRAW; VACATING HEARING; DENYING AS MOOT REQUEST TO APPEAR BY PHONE AT HEARING; DIRECTIONS TO CLERK; DIRECTIONS TO CAL-WESTERN RECONVEYANCE LLC**

    Before the Court is the "Motion of Melissa N. Armstrong ['Armstrong'] to Withdraw as Counsel of Record for Defendant Cal-Western Reconveyance LLC ['Cal-Western LLC'],'" filed May 19, 2015, and served on all parties, including Armstrong's client. No response to the motion has been filed. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for June 26, 2015,[1] and, good cause appearing, hereby GRANTS the motion.

    The Clerk is hereby DIRECTED to amend the docket to include the following contact information for Cal-Western LLC:

> Cal-Western LLC
> Michael E. Moecker, Assignee
> 7380 Sand Hill Road, Suite 500, PMB 5336
> Orlando FL 32819
>
> (954) 252-2560

---

[1] Armstrong's Request, filed May 29, 2015, to appear by telephone at the hearing is hereby DENIED as moot.

Cal-Western LLC is hereby advised that it may not appear in court without counsel. See United States v. High Country Broadcasting Company, Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming entry of default judgment against corporation where corporation failed to retain counsel).  Accordingly, new counsel shall file, no later than July 10, 2015, a notice of appearance on behalf of Cal-Western LLC.  If no such appearance has been filed by said date, plaintiff may seek entry of default as to Cal-Western LLC.  See id.

**IT IS SO ORDERED.**

Dated: June 12, 2015

MAXINE M. CHESNEY
United States District Judge