IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEST COLEMAN,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

                                  /

No. C-15-2152 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTIONS TO PLAINTIFF**

By order filed May 20, 2015, the Court referred the above-titled action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess suitability for mediation or a settlement conference; further, in light of the referral, the Court vacated the previously scheduled July 17, 2015 hearing on defendants' motion to dismiss and stayed further briefing on said motion.  By separate order filed May 20, 2015, the Court directed plaintiff to file with the Clerk of Court, no later than May 29, 2015, a notice providing her telephone number and e-mail address, to assist the ADR Unit in conducting the telephone conference.

Plaintiff failed to comply with the Court's order directing her to provide the Clerk of Court with her telephone number and e-mail address, and, by order filed June 6, 2015, the Court directed plaintiff to show cause, in writing and no later than June 19, 2015, why sanctions should not be imposed for her failure to comply with the Court's order.  Plaintiff

did not file a response to the Court's order to show cause. On June 22, 2015, however, plaintiff filed an opposition to defendants' motion to dismiss, and, on the first page thereof, listed her telephone number and e-mail address,[1] as well as the July 17, 2015 hearing date, which, as noted, had been vacated.

Plaintiff's filing of an opposition, and inclusion therein of a vacated hearing date, suggests plaintiff may not have received the above-referenced orders.[2] Under such circumstances, and given plaintiff's provision of her telephone number and e-mail address, the Court hereby DISCHARGES the order to show cause.

Lastly, plaintiff is hereby notified that the July 17, 2015 hearing on defendants' motion to dismiss has been vacated, and the Court will not conduct a hearing on that date.[3] The telephonic conference call, scheduled by the ADR Unit to be conducted July 16, 2015, at 2:30 p.m., however, remains as scheduled, and plaintiff is hereby DIRECTED to contact the ADR Unit on that date and at that time, using the call-in number and access code previously provided to her by the ADR Unit in its letter dated June 12, 2015.

**IT IS SO ORDERED.**

Dated:  June 29, 2015

                                          _____
MAXINE M. CHESNEY
United States District Judge

---

[1] Pursuant to the Civil Local Rules of this District, a party proceeding pro se must, on "[t]he first page of each paper presented for filing, set forth . . . the [party's] name, address, telephone number, fax telephone number and email address." See Civil L.R. 3-4(a)(1).

[2] The orders were, however, mailed to plaintiff's address of record.

[3] The parties will be advised of any future date the Court sets for a hearing of the motion.