IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEST COLEMAN,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

No. C-15-2152 MMC

**ORDER DISMISSING ACTION**

      Before the Court is the Notice of Suggestion of Death ("Notice"), filed November 11, 2015, by defendant Wells Fargo Bank, N.A. ("Wells Fargo"), in which Wells Fargo states that, on August 19, 2015, it learned from counsel for plaintiff's estate that plaintiff is deceased. Also before the Court is said defendant's Unilateral Status Report, filed January 19, 2016, in which it requests the above-titled action be dismissed without prejudice if a timely motion for substitution is not filed within ninety days of the date of service of the Notice. Having read and considered the above-referenced documents, the Court rules as follows.

      Where a defendant "formally suggest[s] the death of [a plaintiff] upon the record" and "serve[s] other parties and nonparty successors or representatives of the deceased with [the] suggestion of death," the "action shall be dismissed as to the deceased party" unless a "motion for substitution" is filed within ninety days after service of the suggestion of death.

See Barlow v. Ground, 39 F.3d 231, 233 (9th Cir. 1994) (internal quotation and citation omittted).

Here, Wells Fargo has filed proofs of service establishing that all parties were served with the Notice on November 11, 2015, that the representative of plaintiff's estate was served with the Notice on November 18, 2015, and that such service on the parties and on plaintiff's representative was accomplished in the manner required by the Federal Rules of Civil Procedure, specifically, the manner set forth in Rule 25(a)(3). Consequently, the ninety-day period within which to file a motion for substitution began on November 18, 2015, and the last date to file such motion was ninety days thereafter, specifically, February 16, 2016. As a motion for substitution has not been filed, the instant action "must be dismissed." See Fed. R. Civ. P. 25(a)(1).

Accordingly, defendant's request that the above-titled action be dismissed without prejudice is hereby GRANTED.[1]

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 19, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] Wells Fargo's request, filed February 11, 2016, for permission to appear telephonically at the March 4, 2016, Case Management Conference is hereby DENIED as moot.

2