1

2          IN THE UNITED STATES DISTRICT COURT

3
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
4

5
ALEST COLEMAN,
6                                         No. CV-15-2152 MMC

7          Plaintiff,
                                          **JUDGMENT IN A CIVIL CASE**
8     v.

9
WELLS FARGO BANK, N.A., et al.,
10
           Defendants.
11                                                    /

12
          **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues
13
have been tried and the jury has rendered its verdict.
14
          **(X)  Decision by Court.** This action came to trial or hearing before the Court. The
15
issues have been tried or  heard and a decision has been rendered.
16
          **IT IS SO ORDERED AND ADJUDGED**
17
          The complaint is dismissed without prejudice pursuant to Rule 25(a) of the Federal
18
Rules of Civil Procedure.
19

20

21   Dated: February 19, 2016                      Susan Y. Soong, Clerk

22                                                 _Tracy Lucero_

23                                                 By: Tracy Lucero
                                                   Deputy Clerk
24

25

26

27

28